## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** March 27, 2012  **JUDGE:** Yvonne Gonzalez Rogers

**Case No:**  C- 11-5651- YGR and Consol. Case C-11-5694-YGR

**Time:** 2:23pm-3:19pm and 3:30pm-4:20pm

**Case Name:** Wildearth Guardians v Jackson
Midwest Environmental v Jackson

**Attorney(s) for Plaintiff:**   Robert Ukeiley -Midwest Environmental and Wildearth
James J. Tutchton- Wildearth Guardians

**Attorney(s) for Defendant:**   Eileen T. McDonough

**Deputy Clerk:** Frances Stone  **Court Reporter:** Diane Skillman

### PROCEEDINGS

Defendants' Motion to Dismiss- HELD and SUBMITTED.

**Notes: counsel to submit chart to court by 4/3/12**

**Order to be prepared by:**   Court